UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, | ) |
|         Plaintiff, | ) |
| v. | ) Case Number: 15-cv-4866 |
| | ) Judge: Hon. Rebecca R. Pallmeyer |
| Midwest Management Inc., d/b/a Comfort Suites Aurora/Naperville, | ) |
|         Defendant. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement documents. As such, the parties respectfully request that the Court retain continuing jurisdiction over this matter pending the filing of a Stipulation of Dismissal, which the parties expect will follow in August of 2015. The Parties further request that this Court stay any pending deadlines in this matter.

Dated: August 26, 2015

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office

(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132